UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

LUIZA RADULESCU,

     Plaintiff,

vs.

UNITED STATES DEPARTMENT OF EDUCATION,
and GC SERVICES LIMITED PARTNERSHIP,

     Defendants.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

The United States Attorney, on behalf of the United States Department of Education, files this Notice of Removal pursuant to 28 U.S.C. § 1442(a)(1), and in support thereof, states as follows:

1.     An action was commenced against the United States Department of Education in the Circuit Court in and for Broward County, Florida styled Luiza Radulescu v. United States Department of Education and GC Services Limited Partnership.  In the complaint, the plaintiff alleges that the Department of Education violated the Florida Consumer Collection Practices Act.

2.     28 U.S.C. § 1442(a) provides that:

     A civil action or criminal prosecution that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:

(1)     The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office…

3.     Service of process has not been effectuated upon the United States, because the U.S. Attorney has not been served with a copy of the summons and complaint.  Fed.R.Civ.P. 4(i)(2).  However, the U.S. Department of Education was served on or about September 23, 2013.

## CONCLUSION

For the foregoing reasons, the United States Attorney, on behalf of the U.S. Department of Education, removes Case No. CACE-13-020972-09, which was filed in the Circuit Court in and for Broward County, from state court to federal court.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     s/Maureen Donlan
        Maureen Donlan
        Fl. Bar No 298034
        Assistant United States Attorney
        E-mail: Maureen.Donlan@usdoj.gov
        United States Attorney's Office
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9334
        Fax: (305) 530-7139

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 10th day of January, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served by U.S. Mail this day on Dennis Card, Jr., Esq., Consumer Law Organization, P.A., 2501 Hollywood Boulevard, Suite 100, Hollywood, Florida 33020.

<u>s/ Maureen Donlan</u>
MAUREEN DONLAN
Assistant United States Attorney